IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01358-RM-MJW

CONCATEN, INC. and
IWAPI, INC.,

Plaintiff(s),

v.

MERIDIAN ENVIRONMENTAL TECHNOLOGY, INC. and
ITERIS, INC.,

Defendant(s).

### MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Vacate Scheduling Conference (Docket No. 11) is granted, finding good cause shown. The Scheduling Conference set on August 14, 2013, at 9:30 a.m. is VACATED.

Date: August 13, 2013