IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-01358-RM-MJW

CONCATEN, INC., and
IWAPI, INC.,

      Movants/Plaintiffs,

v.

MERIDIAN ENVIRONMENTAL TECHNOLOGY, INC., and
ITERIS, INC.,

      Respondents/Defendants.

---

**ORDER GRANTING MOTION TO CONFIRM FINAL ARBITRATION AWARD**

---

This matter is before me on Movants/Plaintiffs' Motion to Confirm Final Arbitration Award and to Enter Judgment (the "Motion") (ECF No. 1), filed May 24, 2013. On May 31, 2013, Respondent/Defendants Meridian Environmental Technology and Iteris, Inc. submitted their Statement of Payment to the Court. (ECF No. 9.)  The Court, having reviewed the Motion and related briefing, as well as the entire record, hereby finds and orders:

1. The Motion (ECF No. 1) complies with 9 U.S.C. §§ 9 and 13 and is GRANTED;

2. The October 30, 2012 "Partial Final Award" (ECF No. 1-6), the December 23, 2012 "Clarification of Award" (ECF No. 1-7), and the April 29, 2013 "Final Award" (ECF No. 1-10) are hereby CONFIRMED and made an Order of this Court;

3. Judgment in favor of Movant/Plaintiffs and against Respondents/Defendants is entered commensurate with the Final Arbitration Award (ECF No. 1-10).

DATED this 22nd day of September, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge